

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Waylon Sparkman, Appellant

No. 06-16-00140-CR       v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 2 of Tarrant County, Texas (Tr. Ct. No. 1429443D).    Memorandum    Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Waylon Sparkman, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 28, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk